**STATE of Missouri, Respondent,**

v.

**Theodore POLLARD, Appellant.**

**No. WD 59624.**

Missouri Court of Appeals, Western District.

Oct. 29, 2002.

Motion for Rehearing and/or Transfer to Supreme Court Dec. 24, 2002.

Application for Transfer Denied Jan. 28, 2003.

Appeal from the Circuit Court of Jackson County; Harold L. Lowenstein, Judge.

Susan Lynn Hogan, Assistant Appellate Defender Office, Kansas City, for appellant.

Jeremiah W. (Jay) Nixon, Attorney General, Nicole E. Gorovsky, Assistant Attorney General, Jefferson City, for respondent.

Before PATRICIA A. BRECKENRIDGE, Presiding Judge, VICTOR C. HOWARD, Judge, and RONALD R. HOLLIGER, Judge.

### ORDER

Theodore Pollard appeals his convictions of burglary in the first degree, three counts of forcible sodomy, one count of sexual abuse, two counts of forcible rape, and seven counts of armed criminal action. We have reviewed the briefs of the parties and the record on appeal and find no error of law. A written opinion reciting the detailed facts and restating the applicable principles of law would have no precedential or jurisprudential value. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgment of the trial court is affirmed in accordance with Rule 30.25(b).